RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 1 3 2025

DANIEL J. McCOY, CLERK
BY:_____ MB

AO 241
(Rev. 01/15)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| **Rory D. VanSant** | 451177 |

| Place of Confinement: | Prisoner No.: |
|---|---|
| Raymond LaBorde Correctional Center | 00621247 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| **Rory D. VanSant** | **Warden Brent Thompson** |

| The Attorney General of the State of: **Louisiana** |
|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   St. Tammany Parish 22nd District Court. Covington, Louisiana_____

   _____

   _____

   (b) Criminal docket or case number (if you know): ___457711_____

2. (a) Date of the judgment of conviction (if you know):_____

3. (b)Date of sentencing: 04/15/2014_____

4. Length of sentence: 35 years_____

5. In this case, were you conviction on more than one count or more than one crime?  [√] Yes  [ ] No

6. Identify all crimes of which you were conviction and sentenced in this case: (2) counts of L.R.S.14:78.1. Was sentenced to 5 years, in count 1 and 35 years in count , at hard labor without the ability of parole, probation, or suspension of sentence

7. (a) What was your plea? (Check one)

   [√]  (1)  Not Guilty          [√]  (3)  Nolo Contendere (no contest)

   [ ]  (2)  Guilty              [ ]  (4)  Insanity Plea

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RORY D. VANSANT
PETITIONER

V.

BRENT THOMPSON
RESPONDENT

NO:

PETITIONER'S ATTACHMENTS
TO HABEAS PETITION

NOTED: OCTOBER 27TH, 2025

**Filed:**

**Deputy Clerk**

## Certificate of Service

I hereby certify that I have served a copy of a 28 U.S.C. 2254 Writ of Habeas

Corpus, the documents on all counsels of record either in person or by mailing it postage

prepaid on this 27th day of October, 2025.

Rory D. VanSant #621247
Raymond LaBorde Correctional Center
1630 Prison Rd.
Cottonport, LA. 71327

26