a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RORY D VANSANT #621247, | CIVIL DOCKET NO. 1:25-CV-01799 |
| Petitioner | SEC P |
| VERSUS | JUDGE DRELL |
| BRENT THOMPSON, | MAGISTRATE JUDGE PEREZ-MONTES |
| Respondent | |

TRANSFER ORDER

Pro se Petitioner Rory D. VanSant ("VanSant") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his conviction and sentence imposed in the 22nd Judicial District Court, St. Tammany Parish.

Jurisdiction under § 2254 is proper where an inmate is confined, or where the conviction was obtained. *See* 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959, 961–62 (5th Cir. 2002). Within the context of § 2241(d), courts have traditionally held that the most appropriate venue for challenges to the legality of a conviction is in the district court for the district where the state conviction and sentence occurred, while challenges to the implementation of the sentence, such as prison disciplinary matters, should be considered in the district court for the district where such person is in custody. *Story v. Collins*, 920 F.2d 1247, 1250–51 (5th Cir. 1991).

Although VanSant is incarcerated at Raymond Laborde Correctional Center, which is within this judicial district, he was convicted in St. Tammany Parish, which is in the Eastern District of Louisiana.

1

2

Accordingly, IT IS ORDERED that the § 2254 Petition be and is hereby TRANSFERRED to the United States District Court for the Eastern District of Louisiana for further review.

SIGNED on Thursday, December 4, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2