AO 241
(Rev. 10/07)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana | |
|---|---|---|
| Name (under which you were convicted):<br>**Rory D. VanSant** | | Docket or Case No.:<br>25-cv-2438 "B"(1) |
| Place of Confinement:<br>Raymond LaBorde Correctional Center | Prisoner No.:<br>00621247 | |
| Petitioner (include the name under which you were convicted)<br>**Rory D. VanSant** | Respondent (authorized person having custody of petitioner)<br>**Warden Brent Thompson** | |
| The Attorney General of the State of: **Louisiana** | | |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    St. Tammany Parish 22nd District Court. Covington, Louisiana_____
    _____
    _____

    (b) Criminal docket or case number (if you know): ___457711_____
2.  (a) Date of the judgment of conviction (if you know):_____
    (b) Date of sentencing: 04/15/2014_____
3.  Length of sentence: 35 years_____
4.  In this case, were you conviction on more than one count or more than one crime? [√] Yes [ ] No
5.  Identify all crimes of which you were conviction and sentenced in this case: (2) counts of L.R.S.14:78.1. Was
    sentenced to 5 years, in count 1 and 35 years in count , at hard labor without the ability of parole, probation, or
    suspension of sentence

6.  (a) What was your plea? (Check one)

    [√] (1) Not Guilty        [√] (3) Nolo Contendere (no contest)

    [ ] (2) Guilty            [ ] (4) Insanity Plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Petitioner plead not guilty to the first count of 14:78, the court separated the two counts right before trial and after a little more than one year Petitioner entered and Alford plea and agreed that I would accept the count if at any time the other count was found to be no good. Petitioner only accepted the charge after the court allowed him to argue a Motion to Quash based on time limitations._____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

   [√] Jury     [ ] Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   [√] Yes     [ ] No

8.   Did you appeal from the judgment of conviction?

   [√] Yes     [ ] No

9.   If you did appeal, answer the following:

(a) Name of court: 1st Circuit Court of Appeals_____

(b) Docket or case number (if you know):  2014 KA1705 _____

(c) Result: Denied_____

(d) Date of result (if you know): _____

(e) Citation to case (if you know): State v VanSant,

(f) Grounds raised: ___see attachments:_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   [ ] Yes      [√] No

   If yes, answer the following:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Result: _____

   _____

   (4) Date of result (if you know):

AO 241
(Rev. 10/07)

(5) Citation to the case (if you know): _____

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    [ ] Yes    [√] No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    [√] Yes    [ ] No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: 22nd Judicial District Court, Covington, Louisiana _____

(2) Docket or case number (if you know): To be determined _____

(3) Date of filing (if you know): To be determined _____

(4) Nature of the proceeding: Out of time Post Conviction Based on Newly Discovered Evidence _____

(5) Grounds raised: Ineffective Assistance of Counsel, and  That the Public Defenders Office was

adversarial at all points of Petitioners defense.  Trial counsel destroyed evidence. Trial Counsel lost/stole

petitioner's clothing for trial and never replaced his clothing for trial making him proceed in used clothing.

Public Defenders Office was complicit with Prosecution.  Public Defenders Office fired an attorney that

was doing nothing more than doing her job defending Petitioner. Another attorney quit the office because

of the adversarial environment _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

[ ] Yes    [√] No

(7) Result: _____

(8) Date of result (if you know):

AO 241
(Rev. 10/07)

(b)If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Louisiana 1ˢᵗ Circuit Court of Appeals, Baton Rouge, If necessary

(2) Docket or case number (if you know): To be determined

(3) Date of filing (if you know): To be determined

(4) Nature of the proceeding: Out of time post conviction based on newly discovered evidence

(5) Grounds raised: See Attachment: Ineffective assistance of counsel based on newly discovered evidence . That the public defenders office was adversarial at all points of Petitioners defense. Trial counsel destroyed evidence. Trial Counsel lost/stole petitioner's clothing for trial and never replaced his clothing for trial making him proceed in used clothing. Public Defenders Office was complicit with Prosecution. Public Defenders Office fired an attorney that was doing nothing more than doing her job defending Petitioner. Another attorney quit the office because of the adversarial environment

(6) Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

[ ] Yes        [√] Not at this time

(7) Result: To be determined

(8) Date of result (if you know): To be determined

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Louisiana Supreme Court, if necessary

(2) Docket or case number (if you know): To be determined

(3) Date of filing (if you know): To be determined

(4) Nature of the proceeding: To be determined

(5) Grounds raised: To be determined

AO 241
(Rev. 10/07)

Page 6

    (6) Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

        [ ] Yes     [√] Not at this time

    (7) Result: 

    (8) Date of result (if you know): _____

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:     [√] Yes    [ ] No

    (2) Second petition:   [ ] Yes    [ ] No

    (3) Third petition:    [ ] Yes    [ ] No

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Did not have an attorney to file it. Petitioner did not have the expertise to file on his own pro-se

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Defense Counsel was Adversarial at Major Points of Petitioner's Case to the point that it was completely ineffective _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attachment: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: Petitioner has not exhausted all remedies of relief as of todays date. It is why Petitioner has filed a Petition in Abeyance along with this Petition, in order to do so

AO 241
(Rev. 10/07)

Page 7

**(c) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    [ ] Yes    [√] Not at this time

(2) If you did not raise this issue in your direct appeal, explain why: I did not have the evidence when I filed the original appeal and the case would have been dismissed because of lack of evidence

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

[√] Yes    [ ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Out of Time Post Conviction Based on Newly Discovered Evidence

Name and location of the court where the motion or petition was filed: St. Tammany Parish, 22nd Judicial District Court, Covington, Louisiana.

Docket or case number (if you know): To be determined

Date of the court's decision: To be determined

Result (attach a copy of the court's opinion or order, if available): To be determined

(3) Did you receive a hearing on your motion or petition?    [ ] Yes    [ ] Not aat this time

(4) Did you appeal from the denial of your motion or petition?    [ ] Yes    [ ] Not at this time

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    [ ] Yes    [√] No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 1st Circuit Court of Appeals , Baton Rouge

Docket or case number (if you know): 2014 KA1705

Result (attach a copy of the court's opinion or order, if available): Attached:

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I did not have the specific evidence when Mrs Roper, my appellate attorney, filed the original appeal and the case would have been dismissed because of lack of evidence.

AO 241
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I went on a constant search of the the women that were appointed counsel for me. Petitioner only learned of their whereabouts before he sent Kathryn Fernandez-Lafrentz when Tulane Law clinic came to give us a symposium and Mrs. Hannah Groedel from Tulane happened to mention Kathrine Murphy Schwartzmann. Petitioner had known her from back when he was in the parish jail and once asking her for Kathryn's whereabouts she placed me in touch with her. She wrote the letter that is enclosed as See: Exhibit A

**GROUND TWO:** The Public Defenders Office intentional destruction of a video deposition.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The disk was destroyed when Mr. John Hogue presented it to the Petitioner. It was shipped to the Public Defenders Office and was in pristine condition when it was sent from his parents house in Nevada. It was shipped in a plastic DVD holder and could not have become scratched as deeply as it was from shipping it also had bubble wrap around it. Petitioner's parents shipped things out regularly with EBAY. See Attachment:

(b) If you did not exhaust your state remedies on Ground One, explain why: Is being argued at the State District level now. Was just one piece of evidence and it would not have amounted to a reversal or vacated sentence.  This is the first opportunity with the newly discovered evidence.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        [ ] Yes        [√] No

(2) If you did not raise this issue in your direct appeal, explain why: Was just one piece of evidence and it would not have amounted to a reversal or vacated sentence.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

[ √ Yes        [ ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Out of Time Post Conviction Relief Based On Newly Discovered Evidence

Name and location of the court where the motion or petition was filed: St Tammany, 22 Judicial District Court

Docket or case number (if you know): To Be Determined

Date of the court's decision: To Be Determined,  in process

Result (attach a copy of the court's opinion or order, if available): To Be Determined , in process

_____

(3) Did you receive a hearing on your motion or petition?  [ ] Yes  [√] Not at this time

(4) Did you appeal from the denial of your motion or petition?  [ ] Yes  [√] Not at this time

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  [ ] Yes  [ ] No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
Was just one piece of evidence and it would not have amounted to a reversal or vacated sentence.

**Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two Petitioner has used all Due Diligence in trying to get the information that is now in his possession.

**GROUND THREE:**  Public Defenders Office did not investigate witnesses.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See Atachments:
Public defenders office failed to find a number of witnesses that Petitioner had on a list of witnesses. One witness would have completely rebutted the prosecutions presentation. Witness worked for the Office of Childrens Welfare and did a status check on Petitioners son.  She would have testified that she found no offenses and even offered to get money from the OCS office for Petitioner to move.

AO 241
(Rev. 10/07)

(b) If you did not exhaust your state remedies on Ground One, explain why: Am in the process of that at present time____

_____
_____
_____
_____
_____
_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          [ ] Yes          [√] No

(2) If you did not raise this issue in your direct appeal, explain why: My Appellate Attorney failed to do so. She never came to see or even let a phone call happen so that I could apprise her of all issues that were in my case._____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

[√] Yes          [ ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Out of Time Post Conviction based on Newly Discovered Evidence_____

Name and location of the court where the motion or petition was filed: Will be filed in St Tammany Parish, Covington, LA.71327_

Docket or case number (if you know): To be determined_____

Date of the court's decision: To be determined_____

Result (attach a copy of the court's opinion or order, if available): To be determined_____

_____

(3) Did you receive a hearing on your motion or petition?          [ ] Yes          [√] Not at this time

(4) Did you appeal from the denial of your motion or petition?          [ ] Yes          [√] Not at this time

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?          [ ] Yes          [√] No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241
(Rev. 10/07)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three: Due Diligence_____
_____
_____

**GROUND FOUR:** Public Defenders Office never hired an expert witness to impeach or even counter states expert
witnesses testimony_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Public Defenders Office was instructed to look into and hire an expert witness to not only refute whatever testimony
that was about to happen. Also to provide testimony about the percentage of children that do lie about abuse and the
red flags that are to observed when one is making a claim, especially when child custody is being determined
See :  Attachment _____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground One, explain why: In process at this time _____
_____
_____
_____
_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        [ ] Yes      [√] No

(2) If you did not raise this issue in your direct appeal, explain why: Petitioner's Appellate Attorney failed to do so.
She never came to see or even let a phone call happen so that he could apprise her of all issues that were in his case.
_____
_____
_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

[√] Yes      [ ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Out of Time Post Conviction based on Newly Discovered Evidence

AO 241
(Rev. 10/07)

Name and location of the court where the motion or petition was filed: 22nd Judicial District Court Tammany

Parish, Covington, LA.

Docket or case number (if you know): To be determined

Date of the court's decision: To be determined

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                 [ ] Yes        [ ] Not at this time

(4) Did you appeal from the denial of your motion or petition?         [ ] Yes        [ ] Not at this time

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?        [ ] Yes        [√] No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Did not have the resources to do the investigation, Appellate Attorney did not raise this issue

_____

_____

_____

_____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: Filed an Out of Time Post Conviction Based on Newly

Discovered Evidence_____

_____

_____

_____

AO 241
(Rev. 10/07)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?        [ ] Yes        [ √] Not at This Time
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them: Petitioner is in the process of exhausting all his remedies of relief at present_____
_____
_____
_____

(b)    Is there any ground in this petition that has not been presented in some state federal court? If so, which
ground or grounds have not been presented, and state your reasons for presenting them:
_____
_____
_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that
you challenge in this petition?        [ ] Yes        [√] No
If "Yes," state the name and location of the court, the docket or case number, the type of proceedings, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of
any court opinion or order, if available. _____
_____
_____
_____
_____
_____
_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?    [√] Yes        [ ] No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
raised. Petitioner will be filing an Out of time post conviction in the very near future, which is why he is filing a
Petition in Abeyance along with the Habeas Corpus_____
_____
_____
_____
_____
_____
_____

AO 241
(Rev. 10/07)

Page 14

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: There was no Preliminary Hearing.  There were a total of thirteen attorneys that had hands on my case, it is one of the reasons for this Habeas Petition_____

(b) At arraignment and plea: _____

(c) At trial: Amanda Trosclair, Oliver Carrier, David Anderson_____

(d) At sentencing: Amanda Trosclair, Oliver Carrier, David Anderson_____

(e) On appeal: Mary Roper_____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

[ ] Yes        [√] No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____
_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  [ ] Yes        [ ] No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 USC § 2244(d) does not bar your petition.*

Because this 1st Post Conviction Relief was based on newly discovered evidence and as the honorable Court knows the clock resets and I have one year from the time the newly discovered evidence is discovered. Since the letter was sent to me on October 28th 2024 Petitioner has sent this to the Honorable Court along with a Petition in Abeyance before the October 28th 2025. The Petition in Abeyance is to hold off proceesding forward until the State Courts are allowed to exhaust all avenues of relief.

AO 241
(Rev. 10/07)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

\* The Anti-terrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 USC § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, Petitioner asks that the court grant the following relief: For his sentence to be vacated_____
_____
_____ or any other relief to which Petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____1/5/25_____ (month, day, year).

Executed (signed) on ____1/5/25_____ (date).

_____
Signature of Petitioner

If the person signing is not Petitioner, state relationship to Petitioner and explain why Petitioner is not signing this petition.

_____
_____
_____
_____
_____
_____