# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RORY D. VANSANT
   PETITIONER

V.

BRENT THOMPSON
   RESPONDENT

NO: 25-cv-2438 "B"(1)

PETITIONER'S ATTACHMENTS
TO HABEAS PETITION

NOTED: OCTOBER 27TH, 2025

**Filed:**

**Deputy Clerk**

## Certificate of Service

I hereby certify that I have served a copy of a 28 U.S.C. 2254 Writ of Habeas

Corpus, the documents on all counsels of record either in person or by mailing it postage

prepaid on this 17th day of December, 2025.


Rory D. VanSant #621247
Raymond LaBorde Correctional Center
1630 Prison Rd.
Cottonport, LA. 71327

27