U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jan 12 2026

CAROL L. MICHEL
CLERK

SP                                          Mail

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RORY D. VANSANT
**PETITIONER**

V.

BRENT THOMPSON
**RESPONDENT**

NO: 25-cv-2438"B"(1)

**PETITIONER'S ATTACHMENTS
TO HABEAS PETITION**

NOTED: December 23rd, 2025

## ON PETITION FOR WRIT OF CERTIORARI TO

## THE UNITED STATES COURT OF APPEALS EASTERN DISTRICT

## PETITION IN ABEYANCE

Pro-Se Petitioner
Rory D. VanSant #621247
Raymond LaBorde Correctional Center
Cajun 2 D2
1630 Prison Rd.
Cottonport, LA.71327

2

## PETITION IN ABEYANCE

## TO HOLD OFF PROCEEDINGS UNTIL THE PETITIONER HAS EXHAUSTED ALL

## PROCEEDINGS IN THE STATE OF LOUISIANA

**NOW INTO COURT** comes Pro-Se Petitioner, Rory D. VanSant, who respectfully asks the

Honorable Court to grant his Petition in Abeyance, to stave off all proceedings, until the petitioner has

exhausted all proceedings in the State of Louisiana's Courts.

Petitioners' declaration in support of this Petition is attached hereto:

**Pro-se Petitioner**
**Rory D. VanSant #621247**
**Raymond LaBorde Correctional Center**
**Cajun 2 D2**
**1630 Prison Rd.**
**Cottonport, La. 71327**

3

## DECLARATION IN SUPPORT

### PETITIONER OFFERS THE FOLLOWING IN SUPPORT TO WIT:

**Petitioner, Rory D. VanSant,** is incarcerated at the Raymond LaBorde Correctional Center in Cottonport, LA. 71327. He has been incarcerated for the last 11 years here after being convicted of L.R.S. 14:78.1 in 2014. He has been under represented at major points of his trial process and is, just in the last year, in possession of newly discovered evidence.

He has worked tirelessly in getting the information and affidavits together in his case and is just at this time being helped on the outside by persons that are quite familiar with his case. It is only because of due diligence that he has been able to get to this point. He is now getting ready to place his Out of Time Post Conviction Based on Newly Discovered Evidence into the State District level at St. Tammany Parrish, the 22nd Judicial District, Covington LA.

It is for this reason that Petitioner is asking the Honorable Court to place his Petition Under 28 U.S.C. § 2254 in Abeyance until he can proceed through the State Courts thereby exhausting all remedy of relief, thereby reserving all of his federal claims, in case the need arises at a later junction. By filing said Petition in Abeyance now will be within the one year limitation for a Writ of Habeas Corpus.

Included along with this Petition in Abeyance he is placing the Petition Under U.S.C. 28 § 2254, the I.F.P with notarization and statement of Petitioner's account, a shell of a brief; to be added to at a later date, and two pieces of evidence; a letter from Kathryn Lafrentz and a copy of a 44pg. report from the Bureau of Justice Assistance. Please file all of these and send Petitioner a copy of the filed Petition along with a docket number for said U.S.C. § 2254. So that Petitioner is informed and will know that all has been done in time and in accordance with all federal statutes.

Thank you for your time and assistance in this matter.

4

## PRAYER FOR RELIEF

**WHEREFORE,** All premises considered, the petitioner prays for a judgment and Order decreeing that petitioner is entitled to his Petition in Abeyance to hold off proceedings until petitioner has exhausted all State of Louisiana's avenues.

**FURTHER AFFIANT SAYETH NAUGHT: SWORN TO UNDER THE PENALTIES OF PERJURY** pursuant to title 28 USC §1746 on this 23rd day of December, 2025.

Respectfully Submitted,

Rory D. VanSant #6212147

Pro-se Petitioner
Rory D. VanSant #621247
Raymond LaBorde Correctional Center
Cajun 2 D2
1630 Prison Rd.
Cottonport, Louisiana 71327

## CERTIFICATE OF SERVICE

I, **Rory D. VanSant,** do hereby certify that a true and correct copy of the of foregoing has been

forwarded to the Clerk of Court for the 22nd Judicial District, Parish of St. Tammany, State of

Louisiana, by placing of the same in the United States Mail, properly addressed, 1st class postage

prepaid, on this 23rd day of December, 2025.

_____

**Movant**

## VERIFICATION

**I declare under penalty of perjury that the foregoing is true and correct to the best of my**

**knowledge and belief.**

**Executed on this 23rd Day of December, 2025**

**Rory D. VanSant #621247**

**Pro-se Petitioner**
**Rory D. VanSant #621247**
**Raymond LaBorde Correctional Center**
**Cajun 2 D2**
**1630 Prison Rd.**
**Cottonport, Louisiana 71327**

6