Case 2:25-cv-02438-ILRL-JVM   Document 12   Filed 01/15/26   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Jan 15 2026
CAROL L. MICHEL
SP            CLERK            Mail

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RORY D. VANSANT #621247
RAYMOND LABORDE CORRECTIONAL CENTER
1630 PRISON RD.
COTTONPORT, LA. 71327

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

January 7th, 2026

To the Clerk of Court,

Please accept my apologies, I sent off a copy my shell of a brief, my Petition in Abeyance, Application for 2254 and IFP, without sending the letters that are included in this envelope. Could you please add this to my file? The case number is 25-cv-2438 "B"(1). Thank you.

Rory D. VanSant #621247
RLCC C2 D2
1630 Prison Rd.
Cottonport, LA. 71327

I truly appreciate all of your time and hard work. Thank you for your assistance in this matter.

Respectfully Submitted

Rory D. VanSant #621247

*************************************************************************
RORY D. VANSANT #621247
RAYMOND LABORDE CORRECTIONAL CENTER
1630 PRISON RD.
COTTONPORT, LA. 71327
*************************************************************************

November 8th, 2025

    To the Clerk of Court,

Enclosed you will find:

    1) A Copy of the Application and Brief for my Shell Brief. That was sent earlier to the Western Districts office on or about October 27th, 2025 Along with a copy of the Petition of Abeyance to hold off all proceedings until the matter has been finalized in the State Courts. This case was timely filed on the 27th of October, 2025 along with the IFP and was accepted by the Western District, then the case was transferred to your office. All materials I will be sending along with exhibits and any amendments after I have exhausted all avenues of State remedy of relief.

    Could you please send me notification that you both received said paperwork and also filed-certified copy of them with said Habeas Corpus § 2254 at the following address:

Rory D. VanSant #621247
RLCC C2 D2
1630 Prison Rd.
Cottonport, LA. 71327

I truly appreciate all of your time and hard work. Thank you for your assistance in this matter.

                                                                         Respectfully Submitted,
                                                                         Rory D. VanSant #621247

```
************************************************************************
```
RORY D. VANSANT #621247
RAYMOND LABORDE CORRECTIONAL CENTER
1630 PRISON RD.
COTTONPORT, LA. 71327
```
************************************************************************
```

October 27th, 2025

    To the Clerk of Court,

Enclosed you will find:
    1) Petition in Abeyance to Hold Off All Proceedings Until the Petitioner has Exhausted All Proceedings in the State of Louisiana.
    2) Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus along with In Forma Pauperis
    3) Copy of 28 U.S.C. for file-stamped copy to be sent to Petitioner
    4) Shell Brief with Request to the Court to be Able to Amend of File Memorandum to Complaint to Said Brief at a Later Date.
    5) Said Exhibits mentioned in Shell Brief will be sent upon receipt of Petition and request from this Honorable Court.
Please send me a file-stamped copy of the filings to the following address:

Rory D. VanSant #621247
RLCC C2 D2
1630 Prison Rd.
Cottonport, LA. 71327

I truly appreciate all of your time and hard work. Thank you for your assistance in this matter.

                                            Respectfully Submitted,
                                            Rory D. VanSant #621247

*Copy of Letter to Western District*