UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RORY D. VANSANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2438** |
| **BRENT THOMPSON** | **SECTION: "B"(1)** |

## O R D E R

Rory D. VanSant has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254, and has also filed a **Petition to Hold in Abeyance**, **Rec. Doc. 9**, requesting a stay of this matter. In order for the Court to determine the action, if any, that shall be taken on this application <u>and</u> the motion for stay and to hold in abeyance,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of the original petition **(Rec. Doc. 1), **amended petition **(Rec. Doc. 7),** the petition to hold in abeyance **(Rec. Doc. 9)**, and this Order on the Attorney General for the State of Louisiana, and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the entry of this Order, the Attorney General or the St. Tammany Parish District Attorney shall file an opposition to the Petition to Hold in Abeyance, Rec. Doc. 9, or, if the Petition to Hold in Abeyance is **not** opposed, the Attorney General or the St. Tammany Parish District Attorney shall by that same date file a Notice into the record indicating that the stay is not opposed.

Furthermore, <u>if</u> the Petition to Hold in Abeyance <u>is</u> opposed, **IT IS FURTHER ORDERED** that, <u>separate</u> from the opposition to the Petition to Hold in Abeyance, the Attorney General or District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order. The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies

available to petitioner under Louisiana law and petitioner's right of appeal or review both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the one-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that, within thirty (30) days of entry of this order, the St. Tammany Parish District Attorney (or Attorney General, if answering) shall file with the Court an <u>electronic</u> certified copy of the state court record to be uploaded into CM/ECF in a separate entry from the answer or memorandum.[1] The electronic certified copy of the state court record <u>must</u> include (1) the <u>ENTIRE</u> record of the <u>STATE DISTRICT COURT</u>, including all rulings and all available transcripts, (2) the <u>ENTIRE</u> records of the <u>COURT OF APPEAL</u> on <u>both direct and collateral review</u>, including all rulings, and (3) the <u>ENTIRE</u> records of the <u>SUPREME COURT OF LOUISIANA</u> on <u>both direct and collateral review</u>, including all rulings. In the event the state court record cannot be produced in its entirety as ordered, counsel shall advise the Court in writing of the reason for noncompliance.

**IT IS FURTHER ORDERED** that petitioner, Rory D. VanSant, may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Attorney General or District Attorney.

New Orleans, Louisiana this  5th  day of February, 2026.

                                                **JANIS VAN MEERVELD**
                                                **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Clerk of Court will NOT accept a <u>paper</u> copy of the state court record in this matter. The District Attorney <u>must</u> file the state court record <u>electronically</u> in .pdf format in file sizes not to exceed 200MB per upload through the Court's Electronic Court Filing (ECF) system.